Default - Rule 55A (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

WILLIAM JACK BAXTER, et al

                Plaintiff(s)

v.

SYRIAN ARAB REPUBLIC et al

                Defendant(s)

Civil Action: 18-cv-01078-RCL

**RE:** SYRIAN AIR FORCE INTELLIGENCE
       SYRIAN ARAB REPUBLIC

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 01/20/2019, and an affidavit on behalf of the plaintiff having been filed, it is this 2nd day of November, 2020 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/Jackie Francis
       Deputy Clerk