UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAXTER, et al.<br><br>  Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.<br><br>  Defendants. | Civil Action No. 11-02133-RCL |
| BAXTER, et al.<br><br>  Plaintiffs,<br><br>v.<br><br>SYRIAN ARAB REPUBLIC, et al.<br><br>  Defendants. | Civil Action No. 18-01078-RCL |
| TRATNER, et al.<br><br>  Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.<br><br>  Defendants. | Civil Action No. 18-02971-RCL |

[~~Tendered~~] ORDER

This matter having come before the Court on the Plaintiffs' Motion to Consolidate the above referenced matters, and the Court having been sufficiently advised,

IT IS HEREBY ORDERED that pursuant to Fed.R.Civ.P. 42(a), the three matters, *Baxter et al. v. The Islamic Republic of Iran, et al.*, 1:11-cv-02133-RCL, (D.D.C) (*Baxter I*) Baxter et al.

*v. The Syrian Arab Republic,* Civil Action No. 1:18-cv-01078-RCL (D.D.C) (*Baxter II*) and *Tratner et al. v. The Islamic Republic of Iran, et al.*, 1:18-cv-02971-RCL, (D.D.C) (*Tratner*) are hereby consolidated with the *Baxter I* action remaining the senior action.

IT IS SO ORDERED on this the 27th day of March, 2024.

_____
Hon. Royce C. Lamberth
Senior Judge, U.S. District Court